# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2007

Clifford W. Taylor,
Chief Justice

132688
& (52)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MELISSA BOODT, as Personal
Representative of the Estate of
David Waltz, Deceased,
          Plaintiff-Appellee/
          Cross-Appellant,

v

SC: 132688
COA: 266217
Kalamazoo CC: 03-000318-NH

BORGESS MEDICAL CENTER,
MICHAEL ANDREW LAUER, M.D.,
and HEART CENTER FOR
EXCELLENCE, P.C.,
          Defendants-Appellants/
          Cross-Appellees,

and

MICHAEL ANDREW LAUER, M.D.,
P.C.,
          Defendant.

_____/

On order of the Court, the application for leave to appeal the October 31, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the Court of Appeals erred in reversing the trial court and holding that the notice of intent met the requirements of MCL 600.2912b with regard to defendant Lauer. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2007

_____
Clerk

11009